# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARIO CRISTOBAL RABANALES,

    Petitioner,

v.

MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation, and BRUNO STOLC, Warden,

    Respondents.

Case No. ED CV 10-0108 VAP (JCG)

**JUDGMENT**

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: _April 28, 2011____

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE